1  Michael A. McGill, SBN 231613
   mcgill@policeattorney.com
2  Christopher L. Gaspard, SBN 275763
3  chris@policeattorney.com
   Jeremy D. Jass, SBN 279466
4  jeremy@policeattorney.com
5  **LACKIE & DAMMEIER LLP**
6  367 North Second Avenue
   Upland, CA 91786
7  Telephone: (909) 985-4003
8  Facsimile:  (909) 985-3299

9  Attorney for Plaintiffs
10

11             UNITED STATES DISTRICT COURT
12             CENTRAL DISTRICT OF CALIFORNIA
13

14  DANNY FLORES, ROBERT              Case No.:
15  BARADA, KEVIN WATSON, VY          CV12-04884 MRW
16  VAN, RAY LARA, DANE
    WOOLWINE, RIKIMARU                **FLSA COMPLAINT**
17  NAKAMURA, CHRISTOPHER
18  WENZEL, CRUZ HERNANDEZ,           (29 U.S.C. §§ 201 et seq.)
19  SHANNON CASILLAS, JAMES           **DEMAND FOR JURY TRIAL**
    JUST, RENE LOPEZ, GILBERT LEE,
20  STEVE RODRIGUES, and ENRIQUE
21  DEANDA;

22             Plaintiffs,
23
    vs.
24
25  CITY OF SAN GABRIEL; and DOES
    1 THROUGH 10, inclusive,
26
27             Defendant.
28

---

**FLSA COMPLAINT**

1

# I.
# JURISDICTION

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343(3). As the controversy arises under "the Constitution, laws or treatises of the United States;" specifically, the claim rises under the Fair Labor Standard Act of 1938, 29 U.S.C. §§ 201 et seq. ("FLSA").

# II.
# VENUE

2. Venue is proper in the Central District of California pursuant to 28 U.S.C. §1391(b) because the acts, events, or omissions given rise to the claim occurred in this District.

# III.
# PARTIES

3. Plaintiff, DANNY FLORES, is a United States citizen and is currently employed as a Police Officer with the Defendant City of San Gabriel Police Department.

4. Plaintiff, ROBERT BARADA, is a United States citizen and is currently employed as a Police Officer with the Defendant City of San Gabriel Police Department.

5. Plaintiff, KEVIN WATSON, is a United States citizen and is currently employed as a Police Officer with the Defendant City of San Gabriel Police Department.

6. Plaintiff, VY VAN, is a United States citizen and is currently employed as a Police Officer with the Defendant City of San Gabriel Police Department.

7. Plaintiff, RAY LARA, is a United States citizen and is

1 currently employed as a Police Officer with the Defendant City of San Gabriel
2 Police Department.

3     8.    Plaintiff, DANE WOOLWINE, is a United States citizen and is
4 currently employed as a Police Officer with the Defendant City of San Gabriel
5 Police Department.

6     9.    Plaintiff, RIKIMARU NAKAMURA, is a United States citizen and is
7 currently employed as a Police Officer with the Defendant City of San Gabriel
8 Police Department.

9     10.    Plaintiff, CHRISTOPHER WENZEL, is a United States citizen and is
10 currently employed as a Police Officer with the Defendant City of San Gabriel
11 Police Department.

12     11.    Plaintiff, CRUZ HERNANDEZ, is a United States citizen and is
13 currently employed as a Police Officer with the Defendant City of San Gabriel
14 Police Department.

15     12.    Plaintiff, SHANNON CASILLAS, is a United States citizen and is
16 currently employed as a Police Officer with the Defendant City of San Gabriel
17 Police Department.

18     13.    Plaintiff, JAMES JUST, is a United States citizen and is
19 currently employed as a Police Officer with the Defendant City of San Gabriel
20 Police Department.

21     14.    Plaintiff, RENE LOPEZ, is a United States citizen and is
22 currently employed as a Police Officer with the Defendant City of San Gabriel
23 Police Department.

24     15.    Plaintiff, GILBERT LEE, is a United States citizen and is
25 currently employed as a Police Officer with the Defendant City of San Gabriel
26 Police Department.

27     16.    Plaintiff, STEVE RODRIGUES, is a United States citizen and is
28

1 currently employed as a Police Officer with the Defendant City of San Gabriel Police Department.

17. Plaintiff, ENRIQUE DEANDA, is a United States citizen and is currently employed as a Police Officer with the Defendant City of San Gabriel Police Department.

18. Defendant, CITY OF SAN GABRIEL ("Defendant"), is and at all relevant times was, the employer of Plaintiffs. Defendant is a political subdivision of the State of California. Defendant is an employer whose employees are engaged in commerce within the meaning of 29 U.S.C. §207(a) and as defined in 29 U.S.C. §§203(d) and 203(e)(2)(c).

## IV.

## FACTS

19. The City of San Gabriel and the San Gabriel Police Officers Association ("SGPOA") have entered into an agreement set forth in the Memorandum of Understanding ("MOU"), which allows for officers to choose a health insurance cash out option.

20. Under the current agreement between the City and Plaintiffs, Plaintiffs are entitled to receive "cash back" payments for any unused portion of their medical benefits.

21. This cash back option does not meet the requirements under 29 C.F.R. §778.215 to be excluded from the regular rate of pay.

22. Defendant is obligated to follow the terms of the MOU. (29 C.F.R. §778.102)

23. Plaintiffs have been exercising their option to receive the cash back payment for the unused portion of their medical benefits.

24. However, Defendant has failed to apply the cash back portions of Plaintiffs unused medical benefits to Plaintiffs regular rate of pay.

25. Plaintiffs have worked extensive overtime hours. However, the overtime rate that Plaintiffs were paid for the overtime hours worked did not include the cash back portions of Plaintiffs unused medical benefits, which Defendant failed to apply to Plaintiff's regular rate of pay.

26. Defendant knew or should have known of their obligation to include the cash back portions of Plaintiffs unused medical benefits owed to Plaintiffs in their regular rate of pay but nevertheless failed to do so. Thus, Defendant failed to pay Plaintiffs for overtime compensation at one and one half times their regular rate of pay.

27. Defendant acted voluntarily and deliberately in maintaining an intentional practice of failing to compensate Plaintiffs in accordance with the FLSA.

28. Plaintiffs have no administrative remedies to exhaust, and in this matter are not required to.

## V.

## CLAIM FOR RELIEF

29. As a direct and proximate result of their failure and refusal to pay such compensation, Defendant has violated Title 29 U.S.C. §207, et seq.

30. As a direct and proximate result of Defendant's conduct, Plaintiffs have been damaged in an amount according to proof at trial including, but not limited to, a sum equivalent to the unpaid overtime compensation as required by 29 U.S.C. §216(b) and such other and further damages as made be shown at the time of trial.

31. Plaintiffs are also entitled to liquidated damages in a sum equal to the amount of the unpaid compensation due and owing pursuant to 29 U.S.C. §216(d).

32. Plaintiffs are also entitled to recovery of reasonable attorney fees and costs in pursuit of this action pursuant to 29 U.S.C. §216(b).

33.     Doing all things described and alleged, Defendant has deprived, and continues to deprive Plaintiffs of their rights, privileges and immunities which were clearly established at the time the Defendant acted herein and the Defendant knew or should have known that its conduct would violate these rights, privileges and immunities. The Defendant acted with the intent to deprive Plaintiffs of their rights, privileges, and immunities by purposely and intentionally refusing and failing to pay or compensate Plaintiffs for hours they provided.

**WHEREFORE**, Plaintiffs pray for Judgment as follows:

34.     All actual, consequential, liquidated and incidental losses and damages, according to proof;

35.     Such other damages as may be allowed in accordance with the Federal Rules of Civil Procedure, Rule 54(c), and 29 U.S.C. §216 according to proof at trial;

36      Attorney fees pursuant to 29 U.S.C. §216 and costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure;

37      Any and all other relief, including equitable relief, as the Court may deem just and proper.

Respectfully submitted,

Date: June 4, 2012                **LACKIE & DAMMEIER LLP**

Michael A. McGill
Chris L. Gaspard
Jeremy D. Jass
Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial under F.R. Civ. P., Rule 38 and C.D. Cal. Rule 38-1.

Date: June 4, 2012                     **LACKIE & DAMMEIER LLP**

_____
Michael A. McGill
Chris L. Gaspard
Jeremy D. Jass
Attorneys for Plaintiffs

Name & Address: Michael A. McGill, SBN 231613
Christopher L. Gapard, SBN 275763
Jeremy D. Jass, SBN 279466
367 North Second Avenue
Upland, CA 91786
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY FLORES, ROBERT BARADA, KEVIN WATSON, VY VAN, RAY LARA, DANE WOOL WINE, (please see attachment to Summons)<br>PLAINTIFF(S)<br>v.<br>CITY OF SAN GABRIEL; and DOES 1 THROUGH 10, inclusive,<br>DEFENDANT(S). | CASE NUMBER<br>CV12-04884 MRW<br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Michael A. McGill__, whose address is __367 North Second Avenue, Upland CA 91786__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN - 4 2012

Clerk, U.S. District Court

Dated: _____

By: __JULIE PRADO__
Deputy Clerk

*(Seal of the Court)* 1154

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)   SUMMONS

SUM-200(A)

| SHORT TITLE: Flores, et al vs. City of San Gabriel | CASE NUMBER: |
|---|---|

### INSTRUCTIONS FOR USE

→ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.
→ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party.)*:

[✓] Plaintiff   [ ] Defendant   [ ] Cross-Complainant   [ ] Cross-Defendant

RIKIMARU NAKAMURA, CHRISTOPHER WENZEL, CRUZ HERNANDEZ, SHANNON CASILLAS, JAMES JUST, RENE LOPEZ, GILBERT LEE, STEVE RODRIGUES, and ENRIQUE DEANDA; Plaintiff

Page ____ of ____

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-200(A) [Rev. January 1, 2007]

**ADDITIONAL PARTIES ATTACHMENT**
**Attachment to Summons**

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DANNY FLORES, ROBERT BARADA, KEVIN WATSON, VY VAN, RAY LARA, DANE WOOL NE, RIKIMARU NAKAMURA, CHRISTOPHER WENZEL, CRUZ HERNARDEZ, (see Attachment)

**DEFENDANTS**
CITY OF SAN GABRIEL; and DOES .1 THROUGH 10, INCLUSIVE,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michael A. McGill, LACKIE, DAMMEIER & MCGILL
367 North Second Avenue, Upland, CA 91786

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C. §§ 201 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☑ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-04884

**FOR OFFICE USE ONLY:**  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____[signature]_____   Date  6/4/12

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

| SHORT TITLE: FLORES, et al vs. CITY OF SAN GABRIEL | CASE NUMBER: |
|---|---|

Attachment to CIVIL COVER SHEET

Additional Plaintiff;

SHANNON CASILLAS, JAMES JUST, RENE LOPEZ, GILBERT LEE, STEVE RODRIGUES and ENRIQUE DEANDA;

Plaintiff

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page _____

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

American LegalNet, Inc. | www.USCourtForms.com