JS6        O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY FLORES, ROBERT BARADA, KEVIN WATSON, VY VAN, RAY LARA, DANE WOOLWINE, RIKIMARU NAKAMURA, CHRISTOPHER WENZEL, CRUZ HERNANDEZ, SHANNON CASILLAS, JAMES JUST, RENE LOPEZ, GILBERT LEE, STEVE RODRIGUES, and ENRIQUE DEANDA,<br><br>          Plaintiffs,<br><br>     v.<br><br>CITY OF SAN GABRIEL;<br><br>          Defendant. | Case No. CV-12-04884 JGB (JCGx)<br><br>JUDGEMENT |

1

On August 29, 2013, the Court issued an Order Granting Defendant's Motion for Partial Summary Judgment and Granting in part Plaintiff's Motion for Partial Summary Judgment (Doc. No. 37). In the Court's Order, the Court requested additional briefing on the issue of Plaintiff's entitlement to Liquidated Damages.

On October 29, 2013, the Court issued an Order Denying Plaintiff's Motion for Summary Judgment and Sua Sponte Granting Defendant Summary Judgment as to liquidated Damages (Doc. No. 71).

FOR GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Defendant is entitled to claim the overtime exception found in 29 U.S.C Section 207(k).
2. Defendant failed to include the value of cash-in-lieu of benefits payments when calculating Plaintiff's regular rates of pay.
3. Defendant was not required to include the total value of all benefits provided as part of its Flexible Benefit Plan in the calculation of Plaintiff's regular rates of pay.
4. Plaintiffs Robert Barada, Ray Lara, Dane Woolwine, Rikimaru Nakamura, Christopher Wenzel, Cruz Hernandez and Enrique Deanda (collectively "Prevailing Plaintiffs")

|   |   |   |
|---|---|---|

1 established entitlement to unpaid overtime
2 under the Fair Labor Standards Act.
3 Accordingly, judgment is hereby entered in the
4 Prevailing Plaintiff's favor against Defendant.
5 The Prevailing Plaintiffs are entitled to
6 overtime payments from Defendant in the
7 following amounts:

    a. Robert Barada: $561.58
    b. Ray Lara: $141.71
    c. Dane Woolwine: $354.60
    d. Rikimaru Nakamura: $294.72
    e. Christopher Wenzel: $452.97
    f. Cruz Hernandez: $48.02
    g. Enrique Deanda: $390.26

5. The Prevailing Plaintiffs shall recover prejudgment interest on the above sums.
6. The Prevailing Plaintiffs shall recover their costs of suit and reasonable attorney's fees from Defendant.
7. The Prevailing Plaintiffs are not entitled to liquidated damages.
8. Plaintiffs Kevin Watson, Shannon Casillas, James Just, Gilbert Lee, Rene Lopez, Steve Rodrigues and Vy Van failed to establish entitlement to any relief from Defendant. Accordingly, judgment is entered in Defendant's

1         favor against those Plaintiffs, who shall take
2         nothing by way of their complaint.
3
4
5
6 Dated: July 30, 2014
7                               Jesus G. Bernal
8                      United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4