# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY FLORES, ROBERT BARADA, KEVIN WATSON, VY VAN, RAY LARA, DANE WOOLWINE, RIKIMARU NAKAMURA, CHRISTOPHER WENZEL, CRUZ HERNANDEZ, SHANNON CASILLAS, JAMES JUST, RENE LOPEZ, GILBERT LEE, STEVE RODRIGUES, and ENRIQUE DEANDA,<br>                Plaintiffs,<br><br>vs.<br><br>CITY OF SAN GABRIEL; and DOES 1 THROUGH 10, inclusive,<br>                Defendants. | Case No.: LACV 12-04884 JGB (JCGx)<br><br>**AMENDED JUDGMENT** |

    This is an action brought under the Fair Labor Standards Act ("FLSA"). Plaintiffs are a group of police officers employed by Defendant City of San Gabriel who claim Defendant improperly excluded the value of the City's medical cafeteria plan from the Plaintiffs' regular rate of pay, resulting in FLSA overtime underpayments.

On August 29, 2013, the Court issued an Order Granting Defendant's Motion for Partial Summary Judgment and Granting in part Plaintiff's Motion for Partial Summary Judgment. (Dkt. 37.) In the Court's Order, the Court requested additional briefing on the issue of Plaintiff's entitlement to Liquidated Damages. Following additional briefing, the Court entered judgment on July 30, 2014, awarding damages to Plaintiffs Robert Barada, Ray Lara, Dane Woolwine, Rikimaru Nakamura, Christopher Wenzel, Cruz Hernandez, and Enrique Deanda. (Dkt. 83.) Following briefing on attorneys' fees, the Court awarded the prevailing Plaintiffs attorneys' fees in the amount of $45,566.75, plus $1,311.00 in costs. (Dkt. 94.)

Defendant filed a notice of appeal on August 29, 2014 (Dkt. 87) and Plaintiffs filed a notice of cross-appeal on September 12, 2014 (Dkt. 92). On June 2, 2016, the Ninth Circuit Court of Appeals issued an opinion which affirmed in part and reversed in part this Court's judgment, and which remanded the matter to this Court for entry of judgment consistent with the Court of Appeal's opinion. (Dkt. 100.) Defendant sought rehearing en banc from the Ninth Circuit, which the Ninth Circuit denied. Defendant also filed a petition for a writ of certiorari to the U.S. Supreme Court, which was denied on May 15, 2017.

On September 21, 2018, the parties filed cross motions seeking a ruling on the proper method for calculating damages. (Dkt. 116, 117.) The Court granted Defendant's Motion Regarding Damages and Denied Plaintiffs' Motion regarding damages and ordered that "(1) When calculating Plaintiffs FLSA regular hourly rate of pay, compensation is to be divided by the total number of hours actually worked, consistent with 29 C.F.R. 778.110; [and] (2) When calculating overtime owed to Plaintiffs, the parties are to use a 0.5 multiplier." (Dkt. 128.)

///

///

AMENDED JUDGMENT

**NOW, THEREFORE, FOR GOOD CAUSE SHOWING, AND PURSUANT TO THE ORDER OF THE NINTH CIRCUIT COURT OF APPEAL, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Defendant was entitled to claim the overtime exception found in 29 U.S.C Section 207(k).
2. Defendant failed to include the value of cash-in- lieu of benefits payments when calculating Plaintiff's regular rates of pay.
3. Defendant was required to include the total value of all benefits provided as part of its Flexible Benefit Plan in the calculation of Plaintiff's regular rates of pay.
4. Defendant's violation of the FLSA was willful entitling Plaintiffs to a three (3) year statute of limitations. 29 U.S.C. § 255.
5. Prevailing Plaintiffs are entitled to liquidated damages in an amount equal to their overtime damages.  29 U.S.C. § 216.
6. Plaintiffs Robert Barada, Ray Lara, Dane Woolwine, Rikimaru Nakamura, Christopher Wenzel, Cruz Hernandez, Enrique Deanda, Kevin Watson and Vy Van are prevailing plaintiffs and have established entitlement to unpaid overtime under the FLSA. Judgment is entered in the Prevailing Plaintiff's favor against Defendant. The Prevailing Plaintiffs are entitled under the Judgment to overtime payments from Defendant in the following amounts:

///
///
///
///
///
///

| Prevailing Plaintiff | Overtime Damages | Total with Liquidated Damages (x 2) |
|---|---|---|
| Robert Barada | $629.62 | 1,259.24 |
| Ray Lara | $210.17 | $420.34 |
| Dane Woolwine | $449.40 | $898.80 |
| Rikimaru Nakamura | $1,415.18 | $2,830.36 |
| Christopher Wenzel | $1,041.79 | $2,083.58 |
| Cruz Hernandez | $71.22 | $142.44 |
| Enrique Deanda | $1,026.98 | $2,053.96 |
| Kevin Watson | $53.42 | $106.84 |
| Vy Van: | $342.15 | $684.30 |

7. Prevailing Plaintiffs shall recover their additional reasonable attorneys' fees and costs of suit from Defendant.

8. Plaintiffs Danny Flores, Shannon Casillas, James Just, Gilbert Lee, Rene Lopez, and Steve Rodrigues failed to establish entitlement to any relief from Defendant. Accordingly, judgment is entered in Defendant's favor against those Plaintiffs, who are to take nothing by way of their complaint.

Dated:  December 21, 2018

_____
Hon. Jesus G. Bernal
District Court Judge

AMENDED JUDGMENT