**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Danny Flores, et al.<br><br>Plaintiffs,<br><br>v.<br><br>City of San Gabriel, et al.<br><br>Defendants. | Case No.<br>CV 12-4884 JGB (JCGx)<br><br>**JUDGMENT AS TO ATTORNEYS' FEES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order entered on February 19, 2019 (Dkt. No. 139), Plaintiffs' motion for attorneys' fees and costs is GRANTED. Plaintiff is awarded $253,106.75 in attorney's fees and $2,570.13 in costs from Defendants.

Dated: February 22, 2019

THE HONORABLE JESUS G. BERNAL
United States District Judge